# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT SOUTHERN DIVISION MICHIGAN

CITIZENS FOR JUSTICE,
ARTHUR J. ROUSE, DANE ISCARO,
BRADLEY HUNT, REX BARTHOLOMEW, III,
CEDRIC DEWEESE, ANTHONY TAIT,
CHRISTOPHER BRIGHTON, ROSS E. WHEELER,
MARSHALL BRAULT, Frank Kennedy
DAVID J. PEELMAN, & Michael Vance
ALL OTHERS SIMILARLY SITUATED,
      PETITIONERS,

V

UNITED STATES ATTORNEY GENERAL
WILLIAM BARR,
STATE ATTORNEY GENERAL
DANA NESSEL,
MICHIGAN GOVERNOR GRETCHEN WHITNER,
STATE LEGISLATORS HOUSE SPEAKER
LEE CHATFIELD AND
SENATE LEADER MIKE SHIRKEY,
IN THEIR OFFICIAL CAPACITY
      RESPONDANTS.

                         /

Case:2:19-cv-13468
Judge: Michelson, Laurie J.
MJ: Whalen, R. Steven
Filed: 11-22-2019 At 08:20 AM
PRIS CITIZENS FOR JUSTICE, ET AL. V
  BARR, ET AL. (af)

*No envelope included (A)*

# WRIT OF MANDAMUS AND/OR

## COMPLAINT FOR INJUNCTIVE & DECLARATORY RELIEF

## TABLE OF CONTENTS

I. Introduction..................................................ii

II. Jurisdiction...............................................iii

III. Parties....................................................iv

IV. Factual Statement...........................................1

V. List of Unconstitutional Laws...............................5

Count One  (State Decency Laws)
    a) Cohabitation;
    b) Adultry;
    c) Moral Laws

Count Two (State Abortion Laws)

Count Three (State Marriage Amendment)

Count Four (State Registration Laws)

Count Five (Prisoner Related Laws)
    a) FOIA Laws;
    b) Civil Rights Law; &
    c) Court Filing Fees.

Count Six (Michigan refuses to follow Law)

VI. Claims for Relief..........................................12

I. INTRODUCTION:

This case involves Michigan Laws, most of which have been ruled unconstitutional by:

    1. Mich. Courts, People v Bricker, 389 Mich 524, 530 (1973) Abortion Laws MCL 750.14;

    2. Sixth Circuit Court, Cliffon v Carpenter, 775 F3d 708, 709 (6th Cir 2014), filing fees MCL 600.2963;

    3. US Supreme Court, Obargefell, 135 SCt 2584, 2617 (2015) Marriage Amendment Mich. Const (1963) Art 1, Sec 25;

    4. US Supreme Court, Lawrence v Texas 539 US 558, 580 (2003) Decency Laws - (Cohabitation, Etc.) MCL 750.335, 750.158, 750.338 338a, 338b.

The Petitioners are simply requesting these laws be repealed so the State of Michigan does not prosecute any more people - nor use them against another Mich. Citizen as they have been doing.

They are not asking for any monetary damages - simply injuctive relief to repeal those unconstitutional Laws.

II. JURISDICTION:

1. This Court has jurisdiction over the Petitioners claims of violation of Federal Constitutional rights under 28 usc 1331 (Temporary Restraining Order).

2. This Court also has supplemental jurisdiction over the Petitioners claims of violating the States oath to both Constitutions, see 28 USC 1367, and 1361 - compel official (Oath Violation)

3. This Court also has jurisdiction for Declaratory Relief pursuant to 28 USC 2201, and 2202 (Declaratory Ruling); Federal Purpose of this act to dispel difficulties involving injuctive relief against unconstitutional State Laws. See Steffel v Thompson, 415 US 452, 466 (1994)

4. In addition, this Court also has authority over all civil rights violations according to 42 USC 1983, and Fed. Rules of Civil Procedure 65.

5. The Court also has authority for writ of mandamus pursuant to the all writs act of 28 USC 1651 and common Law.

6. Also incorporated by reference herein the Declaration of the United States see Obergefell supra, at 2639, Slaughter House Case 83 US 36, 115 and Law Review Article 111 Penn. St. L. Rev. 413 (2006)

III. PARTIES:

   A. PETITIONERS (Citizens' for Justice)

   1. Arthur J. Rouse, #274237, SMT Correctional Facility;

   2. Dane Iscaro, #324657, SMT Correctional Facility;

   3. Bradely Hunt #355731, SMT Correctinal Facility;

   4. Rex Bartholomew III, #825538, SMT Correctional Facility;

   5. Cedric Deweese, #964465, SMT Correctinal Facility;

   6.Anthony Tait, #206398, SMT Correctional Facility;

   7. Christopher Brighton #296161, SMT Correctinal Facility;

   8. Ross Wheeler, #182464, Rode Out

   9. Marshall Brault #805281, SMT Correctional Facility;

   10. Frank Kennedy, #846907, Released from Prison

   11. David Peelman #526735, SMT Correctional Facility;

   12. Michael Vance #501288, SMT Correctional Facility;

   13. Theodore Visner, #526348, SMT Correctinal Facility;

   14. Daryl Johnson, #951600, SMT Correctional Facility;

   15. Kenneth Hensley #585955, SMT Correctional Facility;

   16. Albert Robinson # 602513, SMT Correctional Facility;

   17. Ryan Zerbe #575840 SMT Correctional Facility

   18. Ryan Edenburen #512827 SMT Correctional facility

   19. Donald David Helton, Jr. #304381, S/MT Correctional Facility

   20.

Note; This suit also represents all other similarely situated
citizens as petitioners.

   B. RESPONDENTS

   1. William Barr, U.S. Attorney General
      (202 514-200
      950 Pennsylvania Ave. NW.
      Washington, DC 20530

   2. Gretchen Whitmer, Michigan Governor
      (517) 373-3400
      111 S. Capital Ave.
      Lansing, MI 48903

   3. Dana Nessel, Michigan Attorney General
      (517) 373-1110
      G. Mennen Williams Bldg. 7th Fl. 525 W. Ottawa
      PO Box 30212, Lansing, MI 48909

4. Lee Chatfield, Michigan House Majority Leader
   (517) 373-2629
   124 N. Capitol, PO Box 30014
   Lansing, MI 48909-7514

5. Mike Shirkey, Senate Majority Leader
   (517) 373-5932
   State Capitol, PO Box 30036
   Lansing, MI 48909-7536

Note: This suit is in their Official Capacities.

IV. FACTUAL ALLEGATIONS:

1. All of the below listed laws and Constitutional Amendments are still on the Michigan law books in violation of the US Constitution.

2. Many of these laws are being enforced directly and indirectly contrary to the US Constitution as established by the US Supreme Court and other courts therein.

3. This "IS NOT" a prison litigation suit, it is strictly a case for declaratory, injuctive & mandamus relief.

4. The Exhaustion Requirements and fees of the Prison Litigation Reform Act ("PLRA") should not apply to this case.

5. If this Honorable Court decides the fees do apply the Petitioners are requesting the fees be withheld until the outcome of the case.

6. Petitioner Arthur J. Rouse, Dane Iscaro and others have filed requests for Declaratory Relief to the following offices:

   a) US Attorney General Bill Barr;

   b) State Attorney General Dana Nessel;

   c) House Majority leader Lee Chatfield;

   d) Senate Majority Leader Mike Shirkey; and

   e) Governor Gretchen Whitner. See Exhibit A & B.

7. The following laws have been ruled unconstitutional by state and federal courts:

   a) Cohabitation (MCL 750.335) see Lawrence v Texas, 539 US 558, 578 (2003);

   b) Abortion (MCL 750.14) see Roe v Wade, 410 US 113, 120 (1974);

   c) Marriage (Mich. constitution (1963) art 1, Sec. 25, see Obargefell v Hodges, 135 SCt 2584, 2617 (2015);

-1-

d) Decency Laws (MCL 750.158, 750.338, 750.338a & 750.338b see Lawrence supra,

e) Court Filing Fees (MCL 600.2963) see Clifton v Carpenter, 775 F3d 760, 767 (6th Cir 2014);

f) Registration Laws (MCL 28.721a) see Doe v Snyder , 834 F3d 696, 698 (6th Cir 2016) Cert. denied;

g) Civil Rights (MCL 37.2101) see Does v DOC, 323 Mich App 479, 489 (2018).

8. In addition, these laws like cohabitation are being enforced directly and indirectly by:

a) Landlords denying tenants from renting or leasing, see McCreedy v Hoffius, 222 Mich App 210, 216 (1999);

b) Termination from employment, see Briggs v Muskegon Police dep't, 563 F Supp 585, 588 (ED Mich 1983);

c) In divorce cases, see Muller v Muller, 474 Mich 1074, 1075 (2006);

d) Denial from country clubs, see Veenstra v Washtenaw Country Club, 466 Mich 155, 158 (2002); and

e) In criminal prosecutions, 2002 Mich App Lexis 835 note 3.

9. This not only violates the Due process Clause of the 14th Amendment as stated in Lawrence supra, it also violates the 1st Amendment under the Disestablishment Clause because it is a form of religion. See law review article titled: The Disestablishment Clause: why Lawrence is a 1st Amendment case, 91 NY L Rev 1794 (2016).

10. The Michigan Supreme Court ruled that they analyze the religious side of the Civil Rights Act under the compelling state interest test developed by the U.S. Supreme Court in Wisonsin v Yoder, 406 US 205, 214-30 (1972).

11. The "Test" has five elements: "(1) whether a defendants' belief, or conduct motivated by belief, is sincerely held; (2) whether a defendants' belief, or conduct motivated by belief is religious in nature; (3) whether a state regulation imposes a burden on the exercise of such belief or conduct; (4) whether a compelling state interest justifies the burden imposed upon a defendants' belief or conduct; and (5) whether there is a less obtrusive form of regulation available to the state. "McCready v Hoffius, 458 Mich 131, 144 (1998), Rev on other grounds.

12. At least two of the named Petitioners have been charged with some of the above unconstitutional laws. This includes but not limited to Petitioner Rouse and Petitioner Deweese:

&) People v Rouse, Grand Traverse Circuit Court #15-12184-FH and appealed to both the appeal courts;

b) People v Deweese, Shiawessee County Circuit Court case #18-3010-FH.

13. All of the Petititioners have been effected by most of these unconstitutional laws - directly and indirectly from denied housing to denied employment and/or faced possible criminal charges.

14. Therefore, all of the Petitioners have standing to challenge these unconstitutional laws.

STANDARD OF REVIEW

A. Writ of Mandamus

The conditions for issuance of a writ of mandamus are:
"(1) the party seeking inssuance has no other adequate means to attain the relief he desires, (2) he satisfied the burden of showing that his right to issuance is clear and indisputable, and (3) issuance of the writ is in large part a matter of discretion with the court to which the petition is addressed." Kerr v US Dist. Court for Northern Dist.; 426 us 394, 404 (1976).

The Common Law Writ of Mandamus is a drastic one to invoke only in extraordinary situations. Kerr supra at 402 and 28 usc 1651 (All Writs Act).

Please take judicial notice that many federal and even state courts have ruled the above laws are unconstitutional - but are still being utilized directly and indirectly.

As stated above under exhaustion of state rememies, the petitioners have sought declaratory rulings with the state officials.

As a litigant can file a 42 usc 1983 under the Taking Clause, the Petitioners seek compelling of the state officials to fulfill their oath to the US Constitution. See Knick v Twp. of Scott, 138 SCT 2162, 2170 (2019) and US Const. art VI, C13 (Oath to Office).

The oath Governor, Attorney General and Legislators took is mandatory - not discretionary. They are clearly enforcing laws that have been ruled unconstitutional which is in direct violation of their oath and they need to be enjoined.

B. Injunctive Relief

The Anti-Injunctive Act (28 USC 2283) has three exceptions. 42 USC 1983 comes within the "expressly authorized" exception

4

of the anti-injunction statute." Mitchum v Foster, 407 US 225, 231 (1972).

The Mitchuim Court went on to describe state laws that are "flagrantly and patently violative of express Constitutional prohibitions, "401 U.S. at 53" Mitchum supra.

All of the above and below cited laws have been ruled unconstitutional - directlt and indirectly by state and federal courts - all the way to the U.S. Supreme Court.

Injunctive relief is warranted because these laws are unconstitutional and are still being enforced today including criminal prosecution.

These laws are also being enforced indirectly by denying housing, employment, membership of various clubs, etc.

Petitioner DeWeese and Rouse are incarcerated over these unconstitutional laws in direct violation of the 14th Amendment Due Process Privacy rights and Equal Protection. Lawrence v Texas, 538 us 558, 569 (2003).

C Exhaustion

Numerous petitioners have filed declaratory requests to the above office respondents. See Exhibits A-1 (Declaratory Requests).

Petitioner Rouse appealed his convictions all the way to the US Supreme Court.

Petitioner DeWeese also appealed his unconstitutional charges. See Exhibit C (Appeal to Trial court and Interlocutory Appeal to both appeal courts.

5

COMPLAINT FOR MANDAMUS & INJUNCTION

Count One (Decency Laws);
    a) Cohabitation, MCL 750.335;
    b) Adultry, MCL 750.30; &
    c) Decency Laws, MCL 750.158,750.338, et seq

1. The Decency Laws are unconstitutional and have been ruled the same by the US Supreme Court, Lawrence supra.

2. In addition, these decency laws are a  form of religion not predicated on any government interest.

3. Therefore, the above cited decency laws are a violation of the First Amendment under the Disestablishment Clause.

4. This issue is summerized in Law Review  titled: Why Lawrence is a First Amendment case 91 N.Y.U.L Rev 1794 (2016).

5. In addition, the above decency laws violate the Eighth Amendment when applied to consensual sex acts with adults.

6. Incorporated by reference is the law review titled: using the Eighth  Amendment to strike down criminal punishment for engaging in consensual sexual acts,  82 NCL Rev 723 (2004).

Count Two (Abortion Law, MCL 750.14)

    1. Michigan still has abortion law on the books and they are enforcing them contrary to the ruling of the U.S. Supreme Court in Roe v Wade, 410 U.S. 113 (1974).

    2. Under the U.S. Constitution Supremacy Clause (art VI, cl 2) the Michigan government and the Respondants are bound to it.

    3. The Respondants and all government officials are also bound to an oath they must take to the  U.S. Constitution and they have violated it by enforcing these unconstitutional laws, U.S. Constitution art VI Sec 3.

    4. Michigan is still prosecuting citizens for this crime in violation to Roe supra and their oath to follow the constitution. People v Higuera, 244 Mich App 429 (2001).

    5. The Michigan courts and legislators as a  whole refuse to follow US Supreme Court president in violation of Stare Decisis Crosby 530 us 363, 372 (2006).

    6. The Michigan Law shifts the burden of proof of innocence to the Defendant. See People v Bricker, 389 Mich 524 (1973) and MCL 750.14.

Count Three (Marriage Amendment)

1. The Michigan Constitution has amended the definition of marriage which is now in opposition to the US definition. See Obargefell, 135 Sct 2584 (2015) and Mich. Const. (1963) art 1 Sec 25.

2. The above Michigan Constitution Amendment forbids same sex marriage and contradicts the Obargefells` courts rulings.

3. The Michigan and the Respondants should be ordered to repeal the above cited Michigan Constitution Amendment.

4. As cited in Count Two, incorporated herein by reference, the Michigan state officials including the Respondents have violated their oath to the US Constitution by failing to follow the US Supreme Court precedence.

Count Four (Registration Laws, MCL 28.    )

    1. Michigans' registration laws have been ruled unconstitutional under the Ex Post Facto Clause and ordered to be approved by the District Court. See Doe v Snyder, 834 F3d 696 (6th Cir 2016) Sert denied.

    2. The same District Court gave the Michigan legislators a 90 day window to amend the unconstitutional parts of the registration law and they ignored it.
- as they do with their unconstitutional laws. See Does II, cited in Lewis; 2018 us Dist. Lexis 113841.

    3. Michigan leads the country as the most punitive state in the union - setting many records.

    4. In 2008, Michigan set the record of the most incarcerated per capital (52,000 prisoners with less than ten million people).

    5. Incorporated by reference and the violations the Respondants have made to their oath to follow the Constitution and the rulings which compell them to comply with the Constitutional mandates.

Count Five (Prisoner Rights Violations)
   a) State Civil Rights Laws, MCL 37.2101
   b) State FOIA Laws, MCL 15.231
   c) State Court filing fees, MCL 600.2963

1. Michigan has a history of not following the Constitution on the Rule of Law.

2. Michigans` Civil Rights Law which denied prisoners the right to file in state court under the Elliot-Larsons Civil Rights Law was ruled unconstitutional under the 14th Amendment. See Does v Doc, 323 Mich App 479 (2018) Lu denied 928 NW2D 214 (2019).

3. This unconstitutional law is still on the books as is the above FOIA Law barring prisoners from filing FOIA requests.

4. The above state PLRA is unconstitutional according to the Michigan Supreme Court and the federal courts in Ohio have ruled the same for a similar statute that forbids additional civil case filing or appeals until the fee is fully paid. See Guzmen, 844 NW2D 127 (2014) & Clifton v Carpenter, 775 F3D 760, 767 (6th Cir. 2014).

5. Incorporated by reference herein are the Exhibits cited and motions

DISCLAIMER: If the prisoner rights issues restrict this court filing in any way – the Petitioners voluntarily wave those issues herein.

Count Six (Mich. refuses to follow the Law)

    1. The Michigan officials have a long history of violating the civil rights of her citizens.

    2. This includes violating court orders and disregarding the law.

    3. The Michigan Supreme Court is involved in judicial activism - annulling previous published cases - including US Supreme Court rulings. See Mich. Court Rule 7.215(J).

    4. In addition, the Michigan Supreme Court has been involved in clear judicial activism according to various legal scholars. See Law Reviews: 2008 u I11 L Rev 911 & 66 A15 L Rev 871 (2003).

    5. Also, see the US Department of Justice Lawsuit against the MDOC, Haddix v Johnson, 933 F Supp 1362 (WD Mich. 1996), the longest prison lawsuit in history, Cain v DOC 451 Mich 470 (1996), denied of appeal attorney Halbert v Mich. 125 Sct 2582 (2005).

    The above information is given under penalty of perjury to the best of our knowledge information and belief.

## RELIEF REQUESTED

Wherefore, the Plaintiffs request this  honorable Court will grant  the Mandamus Relief to order the Respondants to repeal the unconstitutional laws in Michigan.

In the alternative, appoint counsel, order a policom hearing for oral arquments and any other relief deemed appropriate.

Respectfully submitted,

1. _9-11-19_
   Dated

Arthur J. Rouse

2. _9-15-19_

Dane Iscaro

3. _11-3-19_

Bradley Hunt

4. _11-3-19_

Rex Batholomew                825538

5. _10/5/19_

Cedric Deweese

6. _11-4-19_

Anthoney Tait

7. _10/5/19_

Christopher Brighton

8. _10-5-19_

Ross Wheeler                182464

9. _10-10-19_

Marshall Brault

10. _10-5-29_

Frank Kennedy

11. _10 14 19_

David Peelman

12. _10/15/19_

Michael Vance

13. _10/15/19_

Ted Visner

14. 11/14/9

Daryl Johnson

15. 11/14/19

Kenneth Hensley

16. 11-16-19

Albert Robinson
Albert Robinson

17. 11/17/19

Ryan Zerbe
Ryan Zerbe

18. 11/17/19

Ryan Ell
Ryan Edenburn

19. 11/17/19

Donald Helton

20. _____

-13-

# UNITED STATES DISTRICT COURT

## EASTERN DISTRCT COURT, SOUTHERN DIVISION MICHIGAN

CITIZENS FOR JUSTICE, ET AL,

    Petitioners,

v.

U.S. & STATE ATTORNEY GENERAL ET AL,

    Respondants.

Case # _____

HON. JUDGE _____

HON. MAG. _____

---

Arthur J. Rouse, 274237
Lead Pro-se Counsel for Petitioners
SMT Correctional Facility
1780 E. Parnall Road
Jackson, MI 49201
www.Jpay.com (email)


William Barr, US Attorney General
Lead Counsel for Respondants
950 Pennsylvania Ave NW
Washington, DC 20530
(202) 514-2000


Dana Nessel, Mich. Attorney General
Counsel for Michigan Respondants
PO Box 30212
Lansing, MI 48909
(517) 373-1110

---

## EXHIBIT LIST

    A-1 (US ATTORNEY GENERAL DECLARATORY RULING REQUEST)

    A-2 (US CONSTITUTIONAL LAW SUMMARY)

    A-3 (LETTER TO GOVERNOR GRETCHEN WHITMER)


    B-1 (ATTORNEY REQUEST LETTER)


    C-1 (CEDRIC DEWEESE APPEAL LETTER)

TO: Bill Barr, U.S. Attorney General's Office

FROM: A.J. Rouse, 274237 -Citizens' for Justice
      SMT Correctional Facilty; Jackson, Michigan

RE: Request for Declaratory Ruling on Unconstitutional Laws
    -We will be filing Class Action in Federal Court

Dated: October 4th, 2019


Attorney General,

        Michigan has many laws on their books that have been ruled
unconstitutional by the Federal and U.S. Supreme Court. They are still
enforcing them - directly and indirectly with criminal prosecution.
Myself and others have been charged and or convicted and it is time to
order them repealed.

        We will be filing a writ of Mandamus in the Eastern District for
Declaratory and injuctive relief. We are also petitioning the top Mich-
igan Constitutional Attorneys and Law Professors for their legal
Representation in this matter.

        I am including a summary of these laws and cases that show they
are unconstitutional.

        Thank you for your valuable time in this matter.


                                              Sincerely,

                                              Arthur J. Rouse

CC: Gretchen Whitmer, Mich. Govenor
    Dana Nessel, Mich. A.G.
    Mike Shirkey, Mich. Legislture


ENCLOSURE: Michigans Unconstitutional laws

### *** U.S. & STATE ATTORNEY GENERAL ***
## REQUEST FOR DECLARATORY RULING – UNCONSTITUTIONAL LAWS
### (by A.J. Rouse, 9-11-19)

OVERVIEW: Michigan has numerous laws on their books that are unconstitutional. Many of these laws are being enforced – directly and indirectly contrary to U.S. Supreme Court rulings in direct violation to the legal oaths they took to both Constitutions. The following are summaries of those laws & cases:

I. COHABITATION: MCL 750.335 (cohabitation or lewdness) – unmarried couple shacked up or perversion – 1 year in jail;
   1. Used by landlords to discriminate; McCreedy. 459 Mich 1235 (1999);
   2. Used to terminate from work; Police Dept. 563 F Supp 585 (ED Mich 1983)
   3. Used in diverse cases; Muller, 474 Mich 1074, (2006);
   4. Used to deny country club; Veenstra, 466 Mich 155 (2002);
   5. Used in criminal cases; P v Rockey, 2002 Mich App Lexis 835 NT3;
      (A) Violates Due Process – Lawrence, 539 us 558 (2003)
      (B) May violate 8th Amd. Law Review: 82 NCL Rev 723 (2004)
      (C) May violate 1st Amd. Law Review: 91 NYUL Rev 1794 (2016) & 28 Colum J Gender & L 229 (2015).

II. ADULTERY: MCL 750.30 (5 year felony – up to life in prison) – prosecutors can enforce these laws if they do not like the person there is also a stigmatism even if there is no charges
   1. As stated in the above cases – a person can be discriminated against if they are committing adultery – so many people have standing;
   2. Criminal charges; People ("P") v Hiquery, 244 Mich App 429 (2000);
   3. Law must have a compelling state interest per stare decisis McCreedy, 459 Mich 1313 (1998). _____, (for the state to enact the law);
      (A) It is being done as a religion in direct violation of the Establishment Clause – see above law review article;
      (B) this may also violate the 8th & 14th Amendment – see above;

III. ABORTION: MCL 750.14 (5 year felony up to life with the habitual)
   1. Michigan still prosecuting abortion; P. v Higuera, 244 Mich App 429 (2001);
   2. The burden shiting language in the statute has been ruled unconstitutional – but they are still using it; P. v Bricker, 389 Mich 524 (1973);
   3. Criminal conviction – drug abortion; P. v Williams 2019 Mich App lexis 619;
      (A) Violates due process per Roe v Wade, 410 U.S. 113 (1974);

IV. MARRIAGE AMENDMENT: Mich. Constitution (1963) art 1. Sec. 25 – defines marrage as with a man and woman only (no same sex);
   1. This violates due process per Obargefell, 135 SCt 2584 (2015);
      (A) the US Supreme Court issued injunctive relief in a Michigan case but the law (Const.) is still on the book;
      (B) Michigan believes they are above the law and this proves that statement;

V. DECENCYLAWS: MCL 750.338, 338a,  338b, & 750.158
   1. Michigan still prosecutes abortions; P v Higuera, 244 Mich App 428 (2001).
   2. Burden shifting language in statute has been ruled unconstitutional but still used, P v Bricker, 389 Mich 524 (1973).
   3. Criminal conviction (drug abortion) P v Williams, 2019 Mich App Lexis 619.
      (A) Violation of Due Process per Roe v Wade, 410 us 113 (1974).

V. <u>DECENCY LAWS</u>: MCL 750.338, 338a, 338b, & 750.158
   1. Life in prison; P. v Arnold, 502 Mich 438 (2018);
   2. Man & woman; P. v Graig, 2010 Mich App Lexis 1885;
   3. Same sex; P. v Bowne; 2014 Mich App Lexis 2077;
      - Michigan is still prosecuting these laws after Lawrence;
      (A) Ruled unconstitutional; Lawrence v Texas, 539 US 553 (2003);
      (B) May violate the 1st & 8th Amendment (see above argument);

VI. <u>COURT FILING FEE</u>: MCL 600.2963 (Mich PLRA)
   1. Ruled unconstitutional - same law as Ohio had
      - Clifton v Carpenter, 775 F3d 760, 767 (6th Cir. 2014);
        they quoted Smith, 365 US 708, 709 (1961) for authority;
   2. It's unconstitutional; Jackson, 2019 Mich App Lexis 5376;
   3. Unconstitutional in part; Guzmen, 844 NW2d 127 (2014);
      (A) As stated in Clifton & smith supra - it violates the
          14th Amendment under equal Protection;

VII. <u>SUPREMACY CLAUSE</u>:  U.S. Constitution, art VI, cl. 2
   1. The Supremacy Clause of the US Constitution superseds states
      authority per Crosby, 530 US 363, 372 (2006);
   2. Per6th Circuit; Yates, 808 f3d 281,293 (6th Cir. 2015);
   3. per Mich. Supreme Court; p. v Bricker, 389 Mich 524 (1973);
      (A) US Constitution is law of the land (except in Michigan);

VIII. <u>Mich JUDICIAL ACTIVISM</u>: Mich. Court Rule 7.215(J)
   - the above rule lets the courts disregard cases pre 1990
     which is open and public judicial activism;
   1. This violates state andfederaldueprocess and stare decisis;
   2. See Burnet, 285 US 393, 406 (1932) & McCormick, 487  Mich 180
      270 (2010);
      (A) See law review articles showing Michigan's corruption &
          activism: 2009 U Ill L Rev 911, 66 Alb L Rev 871 (2003);

IX. <u>OATH TO CONSTITUTIONS</u>: all government officials must take oath
   1. To uphold the Constitution (US Const. art VI, Sec 3);
   2. To uphold both Constutions (Mich. Const. (1963) art XI, Sec. 1);
   3. State law also requires an oath (MCL 4.84); and
   4. Lawyers also take an oath - (Mich. Bar Rule 15);

X. <u>MICHIGAN'S VIOLATION HISTORY</u>:
   Michigan has a long history of violation prisoner's rights, court
   - orders and civil rights;
   1. Haddix v Johnson, 933 F Supp 1362 (WD Mich 1996) file by the
      US Dept. of Justice against the MDOC;
   2. Cain v MDOC, 451 Mich 470 (1996) longest prison lawsuit in
      the history of the world!
   3. Halbert v Michigan, 125 Sct 2582 (2005)denied appeal attorney;

XI. <u>REGISTRATION LAWS</u>: Violated ex post  facto laws
   1. Doe v Snyder, 834 F3d 696 (6thCir. 2016);
   2. Also see Lewis, 2018 US Dist Lexis 113841 - Does II supra

XII. <u>EQUAL PROTECTION</u>: Civil rights act MCL 37.2101
   1. Prison rapes; Does v DOC, 323 Mich App 479 (2018) Lv denied
      928 NW2d 214 (2019);
   2. Same argument for prisoner FOIA requests MCL 15.231

To: Honorable Gretchen Whitmer, Mich. Governor

From: A.J. Rouse, 274237, SMT Correctional Facility

Re: Request for Declaratory Ruling on Unconstitutional Laws

Dated: October 9, 2019

Dear Governor,

I am requesting a Declaratory Ruling on a dozen of Michigan Laws that are unconstitutional, still being enforced - directly and indirectly. The laws have directly effected me and many others here.

I have contacted the US and State Attorney General and requested do ruling on those laws. The laws need repealed. ASAP!

QUESTION ONE

Is it lawful to keep laws on the books that have been ruled unconstitutional by state and federal courts?

QUESTION TWO

Is it a violation of the Constitutional Oath to Office to keep and enforce unconstitutional laws in the state of Michigan?

Thank you for your valuable time in this matter.

Respectfully submitted,

Arthur J. Rouse

cc: Mike Shirkey Senate Majority Leader
    Lee Chatfield, House Majority Leader

ENCLOSURE

Exh. A-3

Arthur J. Rouse, #274237
SMT Correctional Facility
1790 E. Parnall Road
Jackson, MI 49201
www.Jpay.com (Email)

November 18, 2019

**Miriam J. Aukerman**
**ACLU Attorney**

RE: Legal Assistance in Class Action Suit, Citizens for Justice
    - help starting a non-profit fo finance the legal fees

Dear Attorney,

    A dozen prisoners and some who were released have filed a proposed class action lawsuit for injunctive relief against state officials for having laws on the books which have been ruled unconstitutional and still enforcing them - directly and indirectly. See Citizens for Justice v Attorney general, ED Detroit Michigan.

    We are also requesting help from the ACLU's main office, LAMBDA, etc. We would like to start a non-profit to fund the legal fees in this case. We are only requesting injunctive relief by way of a mandamus to compel the Respondants to follow the law and the oath they took to the Constitution.

    As soon as we get the case number we will be submitting numerous press releases to liberal media outlets and prisoner friendly reporters. We are not looking for any monitary relief. See Rouse, et al, v Caruso, et al, ED Mich. (prison lawsuit case that went on for almost ten years - was the primary pro-se litigent).

    **Please feel free to pass this letter on to any other attorneys or legal organizations that may help with this endever**

    Thank you for your valuable time in this matter.

                                        Sincerely,

                                        Arthur J. Rouse

cc: file

ENCLOSURE (Dec. Ruling Request)

Exhibit B-1

Cedric R. DeWeese, #964465
SMT Correctional Facility
1790 E. Parnall Road
Jackson, MI 49201
www.Jpay.com (email)

October 25, 2019

Honorable Matthew J. Stewart
Shiawassee Circuit Judge

Jerome W. Zimmer, Jr.
Chief Clerk - Court of Appeals

RE: Filing of standard 4 Brief from Pro-se Trial Court Motion
    - People v DeWeese, case #18-3010-FH

Dear Judge & Clerk,

    I have requested my appelant counsel file a standard 4 Brief (Adm. Order 2004-6) of my Pro-se motion challenging the constitutionality of my charge and conviction. I am also challenging the unlawful recording of the public bathroom which violated my right to privacy that was illegally used as fruits of the poisonous tree as stated below.

Issue One (Unconstitutional Law)

MCL 750.338 is unconstitutional as established by Lawrence v Texas, 539 us 558 (2003). It also violates the 1st Amendment as establishing a religion for their moral beliefs instead of a compelling state interest under Hiquery (244 Mich App 429) which violates the disestablishment clause. See Law Review 91 NYU L Rev 1794 (2016) & 28 Colum J Gender & L 229 (2015). It may also violate the 8th Amendment. See Law Review Article 82 NC L Rev 723 (2004).

Issue Two (Privacy Rights)

Michigan citizens have privacy rights under the State and US Constitution - even in public bathrooms which cannot be recorded and became fruit of the poison tree. All parties were consenting adults. See People v Dezek, 107 Mich App 78, 85-6 (1981). The 750.338 conviction was dismissed.

    Thank you for your valuable time in this matter.

Respectfully Submitted

*C. DeWeese*

Cedric R. DeWeese

Prosecuting Attorney

cc: MAACS Senior Attorney
    Lambda Organization
    Michigan supreme Court Interlocutory Appeal

    ENCLOSURE

Exh. C-1

Dane Iscaro, #324657
SMT Correctional Facility
1790 E Parnall Road
Jackson, MI 49201
www.Jpay.com (email)

November, 18   2019

Court Clerk
US ED Court
Detroit Michigan


Re: Filing a new civil case on unconstitutional laws
    Citizens for Justice vs US Attorney General, et al,

Dear Clerk,

    Please find the original and judges copy of the following
documents:

    1. Civil Cover Sheet;
    2. Writ of Mandamus
    3. Motion to Waive fees;
    4. Motion for Class Certification;
    5. Motion for Service by US Marshals;
    6. Exhibit List;  and

    7. Motion to Appoint Counsel.

    Thank you for your valuble time in this matter


                                          Sincerely,

                                          Dane Iscaro, Pro-se

cc: Miriam J. Aukerman, ACLU Attorney   (616) 301-0930
    Michael J. Steinberg, ACLU Attorney (313) 578-6814
    Paul D. Reingold, U of M Professor (734) 763-4319
    Deborah A. Labelle, Attorney at law (734) 996-5620
    Patricia A. Streeter,(P30022) (313) 965-2937
    Daniel E. Manville, (P39731) (517) 432-8866 Clinical Professor
    Stuart G. Friedman, (P46039) (248) 359-8611 Attorney at Law
    Sandra L. Baliff Girard, Attorney at Law (517) 918-6641

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| CITIZENS FOR JUSTICE ET AL | ATTORNEY GENERAL OF MICHIGAN |

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*
JACKSON COUNTY

County of Residence of First Listed Defendant **INGHAM**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)* IN PRO-PER

Attorneys *(If Known)* STATE ATTORNEY GENERAL DANA NESSEL

## I. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## V. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | | ☐ 893 Environmental Matters |
| | Medical Malpractice | | Leave Act | | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | Agency Decision |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 42 USC 1983, plus others
See Jurisdiction page
Brief description of cause: Writ of Mandamus/Injunction

## VII. REQUESTED IN COMPLAINT:

☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ None

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
NONE
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# CIVIL COVER SHEET FOR PRISONER CASES

Case No. 19-13468       **Judge:** Laurie J. Michelson       **Magistrate Judge:** R. Steven Whalen

| | |
|---|---|
| **Name of 1st Listed Plaintiff/Petitioner:**<br><br>Arthur J. Rouse et al | **Name of 1st Listed Defendant/Respondent:**<br><br>William Barr et al |
| **Inmate Number:** 274237 | **Additional Information:** |
| **Plaintiff/Petitioner's Attorney and Address Information:** | |
| **Correctional Facility:**<br>Parnall Correctional Facility<br>1780 E. Parnall<br>Jackson, MI 49201<br>JACKSON COUNTY | |

**BASIS OF JURISDICTION**
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question

**NATURE OF SUIT**
- ☐ 530 Habeas Corpus
- ☐ 540 Mandamus
- ☒ 550 Civil Rights
- ☐ 555 Prison Conditions

**ORIGIN**
- ☒ 1 Original Proceeding
- ☐ 5 Transferred from Another District Court
- ☐ Other:

**FEE STATUS**
- ☒ IFP *In Forma Pauperis*
- ☐ PD Paid

---

**PURSUANT TO LOCAL RULE 83.11**

1. **Is this a case that has been previously dismissed?**
   ☐ Yes       ☐ No
   ➤ If yes, give the following information:

   Court: _____

   Case No: _____

   Judge: _____

2. **Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)**
   ☐ Yes       ☐ No
   ➤ If yes, give the following information:

   Court: _____

   Case No: _____

   Judge: _____